# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VEOLIA ENERGY PHILADELPHIA, INC.,** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **FLOWSERVE US, INC.,** : <br> Defendant. : | CIVIL ACTION NO. 18-2529 |

## ORDER

**AND NOW**, this 30th day of April 2019, upon consideration of Defendant Flowserve US, Inc.'s Motion to Dismiss Veolia Energy Philadelphia Inc.'s Complaint [Doc. No. 9] and the response and reply thereto, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED in part** and **DENIED in part** as follows:

1. Count II of Plaintiff's Complaint is **DISMISSED with prejudice** as a separate cause of action, but the Complaint shall retain the pertinent allegations within Count II to support Plaintiff's prayer for relief for punitive damages;

2. Plaintiff's claims for express warranty in Counts IV and VI are **DISMISSED without prejudice** and with leave to amend the Complaint so as to allege a violation of an express warranty. If Plaintiff seeks to amend the complaint, it must do so by **May 22, 2019;**

3. Defendant's motion is **DENIED** in all other respects;

4. If Plaintiff does not file an amended complaint by May 22, 2019, Defendant shall file its answer to the Complaint [Doc. No. 1] by **June 12, 2019.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**